■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS F. MARTIN, Appellant. (Appeal No. 2.)—Judgment unanimously reversed as a matter of discretion in the interests of justice and new trial granted. Same memorandum as in *People v Martin* (66 AD2d 995). (Appeal from judgment of Erie Supreme Court—criminal possession of controlled substance, third degree, and another charge.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Witmer, JJ.

■ GEORGE DONALDSON, Appellant, v STATE OF NEW YORK, Respondent. (Appeal No. 1.)—Judgment unanimously affirmed, without costs, for the reasons stated in the decision of the Court of Claims, De Iorio, J. (Appeal from judgment of Court of Claims—negligence.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Witmer, JJ.

■ ALTON L. NEWKIRK et al., Appellants, v STATE OF NEW YORK, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed, without costs, for the reasons stated in the decision of the Court of Claims, De Iorio, J. (Appeal from judgment of Court of Claims—negligence.) Present—Moule, J. P., Cardamone, Simons, Hancock, Jr., and Witmer, JJ.